OWENS (JOHNSON v.). See Case No. 7,402.

OWENS (MUMM v.). See Case No. 9,919.

OWENS, The SUSAN G. See Case No. 13,-634.

———

## Case No. 10,635.

### OWNER v. WASHINGTON.

[5 Cranch, C. C. 381.][1]

Circuit Court, District of Columbia. Nov. Term, 1837.

APPEAL FROM JUSTICE OF THE PEACE—AMOUNT OF JUDGMENT.

Appeal does not lie from a justice of the peace, who has rendered judgment for $5 only.

———

[2] [2 Abb. Prac. 344.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

[This was an appeal from the justice of the peace, in a proceeding by James Owner against the corporation of Washington.]

THE COURT (THRUSTON, Circuit Judge, absent,) dismissed the appeal, because this court has no original or appellate jurisdiction where the debt or demand does not exceed five dollars.

Mr. Hoban, for defendant, contended that, as the warrant did not specify the sum demanded, it did not appear that it was not for more than five dollars; and if it was, the defendant has a right to appeal, although the judgment is for five dollars only.

But THE COURT dismissed the appeal.